**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Rosalie O'Leary | § | |
| | § | |
| *versus* | § | Civil Action 4:07−cv−04381 |
| | § | |
| Davol, Inc., et al. | § | |

# Order to Stay

This case is stayed pending a decision by the Multi−District Litigation Panel.

Signed and entered December 20, 2007, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge